**Dennis PURNELL, also known as Scott J. Mosley, Petitioner–Appellant**

**v.**

**Joe KEFFER, Respondent–Appellee.**

No. 08–30724
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 15, 2009.

Dennis Purnell, Pollock, LA, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Dennis Purnell, federal prisoner # 40677–004, appeals the dismissal of his 28 U.S.C. § 2241 petition, which challenged his 1997 drug and firearms convictions and sentences. He argued that his convictions violated the Double Jeopardy Clause because they subjected him to multiple punishments based on the same evidence and course of conduct, that the verdicts were inconsistent, and that he is

* Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

actually innocent of the crimes of conviction.

Because Purnell challenged errors that occurred at or before sentencing, his claim could not be asserted in a § 2241 petition. *See Tolliver v. Dobre,* 211 F.3d 876, 877 (5th Cir.2000). Moreover, Purnell has not met his burden of showing that he is entitled to proceed under § 2241 via the savings clause of 28 U.S.C. § 2255 solely because his first § 2255 motion was dismissed as untimely. *See Pack v. Yusuff,* 218 F.3d 448, 452–53 (5th Cir. 2000). Accordingly, the district court's dismissal of Purnell's § 2241 petition is AFFIRMED.